**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JONATHAN COUTTS, et al.,**<br>*Plaintiffs,*<br><br>v.<br><br>**STATE FARM FIRE & CASUALTY COMPANY,**<br>*Defendant.* | **Civil No. 24-5770** |

## ORDER

**AND NOW**, this 26th day of March, 2026, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 19) all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge